UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NICKIE HALL,

                    Plaintiff,

            v.

SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.

CASE NO. 3:26-cv-05141-LK

ORDER DENYING MOTION TO
RECUSE AND REFERRING
MOTION

        This matter comes before the Court on Plaintiff Nickie Hall's "Motion to Remove Judge Lauren King." Dkt. No. 17 at 1. For the reasons set forth below, the Court denies the motion and refers it to Chief Judge Estudillo.

        Although Ms. Hall has captioned her motion as one to "remove" the undersigned, the motion itself contains no arguments or facts in support of recusal. *See generally* Dkt. No. 17. Rather, it contains allegations regarding Ms. Hall's underlying claim regarding Social Security fraud. *Id.*

ORDER DENYING MOTION TO RECUSE AND REFERRING MOTION - 1

Under the Local Civil Rules of this Court, whenever a motion to recuse is filed pursuant to 28 U.S.C. § 455, "the challenged judge will review the motion papers and decide whether to recuse voluntarily." LCR 3(f). If the challenged judge decides not to recuse, "he or she will direct the clerk to refer the motion to the chief judge, or the chief judge's designee." *Id.* The substantive standard for recusal under 28 U.S.C. § 455 is "whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." *United States v. Holland*, 519 F.3d 909, 913 (9th Cir. 2008). "The reasonable person is not someone who is hypersensitive or unduly suspicious, but rather is a well-informed, thoughtful observer." *Id.* (citation altered). "The recusal statute does not provide a vehicle for parties to shop among judges" after the presiding judge has issued an unfavorable ruling. *Little Rock Sch. Dist. v. Pulaski Cnty. Special Sch. Dist. No. 1*, 839 F.2d 1296, 1302 (8th Cir. 1988); *see also King v. U.S. Dist. Ct. for the Cent. Dist. of Cal.*, 16 F.3d 992, 993 (9th Cir. 1994).

The undersigned judge has reviewed Ms. Hall's motion and determined that she has not set forth any basis for bias. Because none of the conditions for recusal in 28 U.S.C. § 455 are met, there is no basis to find that the undersigned judge's impartiality might reasonably be questioned or to find that there is an appearance of bias in this case, and the undersigned judge declines to recuse herself.

For the reasons set forth above, the Court DENIES Ms. Hall's motion to recuse. Dkt. No. 17. The undersigned judge DIRECTS the Clerk to refer this motion to Chief Judge Estudillo in accordance with Local Civil Rule 3(f).

Dated this 18th day of May, 2026.

Lauren King
United States District Judge

ORDER DENYING MOTION TO RECUSE AND REFERRING MOTION - 2