UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICKIE HALL,<br><br>Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CASE NO. 3:26-cv-05141-LK<br><br>ORDER DENYING MOTION FOR AN EXTENSION |

This matter comes before the Court on Plaintiff Nickie Hall's motion for an extension. Dkt. No. 27. Ms. Hall asks "to have more time on Sep-11-2026 [due] to surgery [T]hursday." *Id.* at 1. She states that she "[j]ust had surgery [T]hursday" and there were complications. *Id.*

Ms. Hall's motion for an extension seems to be based on a misunderstanding that she has a deadline of September 11, 2026. *Id.* She does not. Pursuant to the Court's order setting a briefing schedule for the parties' cross-motions for summary judgment, Defendant's combined response and cross-motion for summary judgment is due on September 11, 2026. Dkt. No. 23. Ms. Hall does not have a brief due on that day, and her combined reply/response is due October 2, 2026. *Id.*

Ms. Hall has not requested an extension of her October 2, 2026 deadline, nor has she stated the length of any extension she might need of that deadline.

Accordingly, it does not appear that Ms. Hall needs an extension, and the Court DENIES her motion without prejudice. Dkt. No. 27.

Dated this 9th day of September, 2026.

Lauren King
Lauren King
United States District Judge